UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
IINDIANAPOLIS DIVISION

| | |
|---|---|
| PAULETT E FERRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-1968-DKL-RLY |
| ) | |
| CAROLYN W. COLVIN, *Acting* ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

*Final Judgment*

The Commissioner's final decision denying benefits under the Social Security Act is **AFFIRMED**.

SO ORDERED:   03/30/2016

*[signature]*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Electronic Distribution to Counsel of Record